IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER CAMERON, et al., <br><br> on behalf of themselves and all others similarly situated, <br>         Petitioners, <br><br>     v. <br><br> DISTRICT OF COLUMBIA <br> 441 Fourth Street, N.W. <br> Washington, DC 20001 <br><br>         Defendant. | Case No. 1:21-cv-02908-APM |

**MOTION TO ADMIT ATTORNEY JACQUELINE KUTNIK-BAUDER PRO HAC VICE**

Pursuant to Local Rule 83.2(c) of the United States District Court of the District of Columbia, Daniel Blauser submits this Motion respectfully requesting that Jacqueline Kutnik-Bauder be given permission to appear pro hac vice and participate as co-counsel in the above-entitled action on behalf of all Plaintiffs.

1. Undersigned counsel is a member in good standing of the District of Columbia Bar, and is licensed to practice law in the District of Columbia, and is likewise a member in good standing of the Bar of this Court;

2. Jacqueline Kutnik-Bauder is employed as a Deputy Legal Director with the Washington Lawyers' Committee for Civil Rights and Urban Affairs. She is currently a member in good standing of the Missouri Bar and has been admitted to practice in the District Court for the Eastern District of Missouri;

3. Jacqueline Kutnik-Bauder fully understand that upon admission pro hac vice, she is subject to the Local Rules of the United States District Court for the District of Columbia and the Federal Rules of Disciplinary Enforcement.

4. Attached as Exhibit 1 to this Motion is a Declaration executed by Jacqueline Kutnik-Bauder, in accordance with Local Rule 83.2(d).

WHEREFORE, undersigned counsel respectfully requests that the court grant this motion for the admission of Jacqueline Kutnik-Bauder pro hac vice.

Respectfully Submitted,

/s/ Daniel R. Blauser_____

Daniel R. Blauser (D.C. Bar No. 1620060)
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202)-371-7302
Daniel.Blauser@probonolaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEXANDER CAMERON, et al.,<br><br>on behalf of themselves and all others similarly situated,<br>　　　　　Petitioners,<br><br>　v.<br><br>DISTRICT OF COLUMBIA<br>441 Fourth Street, N.W.<br>Washington, DC 20001<br><br>　　　　　Defendant. | Case No. 1:21-cv-02908-APM |

**DECLARATION OF JACQUELINE KUTNIK-BAUDER**

I, Jacqueline Kutnik-Bauder, do hereby declare:

1. I am a resident of the State of Virginia since June 2021, and have been employed as a Deputy Legal Director at the Washington Lawyers' Committee for Civil Rights and Urban Affairs since October 2020. I make this declaration in support of my application for admission as counsel pro hac vice. The facts set forth herein are true of my own personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. My office is located at 700 14th Street, NW, Suite 400, Washington, DC 20005 and my telephone number is 202-319-1000;

3. I was admitted to the State of Missouri Bar in 1997 and am currently a member in good standing;

4. I was admitted to the United States District Court for the Eastern District of Missouri in 2000, and again in 2019, and am currently a member in good standing;

5. I applied for admission to the District of Columbia Bar on October 8, 2020, and my application is currently pending;

6. Once admitted to the District of Columbia Bar, I intend to apply to the Bar of this Court;

7. I have never been discipline by any bar;

8. I have not been admitted pro hac vice to this court anytime in the past two years;

9. If this Court grants my application, I shall represent all Plaintiffs, together with counsel of record.

I declare under the penalty of perjury pursuant to the laws of the District of Columbia that the foregoing is true and correct and that this declaration was executed on the 5th day of November, 2021.

/s/Jacqueline Kutnik-Bauder
Jacqueline Kutnik-Bauder