AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

ALEXANDER CAMERON, ET AL  
3441 Oakwood Terrace, N.W.  
Apartment BSMT  
Washington, D.C. 20010

*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA  
441 Fourth Street, N.W.  
Washington, D.C. 20001

*Defendant(s)*

Civil Action No. 21-cv-02908-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* District of Columbia  
c/o Karl A. Racine  
Attorney General of the District of Columbia  
Office of the Attorney General  
400 6th Street, NW  
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tara L. Reinhart  
Pro Bono Counsel  
1440 New York Avenue, N.W.  
Washington, D.C. 20005  
(202) 371-7630  
tara.reinhart@probonolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11/5/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02908

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* District of Columbia c/o Office of the Attorney General
was received by me on *(date)* November 5, 2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On November 5, 2021, I served the summons and complaint on Defendant District of Columbia by emailing them to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in accordance with the DC Office of the Attorney General Office Order 2020-10 (April 1, 2020), https://oag.dc.gov/sites/default/files/2020-04/2020-10-OAG-OFFICE-ORDER-Temp-Service-Process.pdf.  That Order provides that, during the pandemic, the District will accept service when the required documents are emailed to the 3 email addresses names above.  Tonia Robinson accepted service via email on November 5, 2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/10/2021

/s/ Judith Jackson
*Server's signature*

Judith Jackson, Docketing, EFiling & Research Specialist
*Printed name and title*

1440 New York Avenue, NW, Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc: