UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER CAMERON**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | Civil Action No. 21-2908 (APM) |

## ORDER

Upon consideration of defendant's motion to dismiss the Complaint (Motion), and the entire record, it is this _____ day of _____ 2022, ORDERED that:

1) The Motion is GRANTED; and

2) Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
THE HONORABLE AMIT P. MEHTA
Judge, United States District Court
   for the District of Columbia