IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER CAMERON, et al.,<br><br>on behalf of themselves and all others similarly situated,<br>                Petitioners,<br><br>    v.<br><br>DISTRICT OF COLUMBIA<br>441 Fourth Street, N.W.<br>Washington, DC 20001<br><br>                Defendant. | Case No. 1:21-cv-02908-APM |

**DECLARATION OF CARLOS ANDINO**

I, Carlos Andino, do hereby declare:

1. I am a resident of the District of Columbia since June 2020, and have been employed as an Equal Justice Works Fellow at the Washington Lawyers' Committee for Civil Rights and Urban Affairs since September 2020. I make this declaration in support of my application for admission as counsel pro hac vice. The facts set forth herein are true of my own personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. My office is located at 700 14th Street, NW, Suite 400, Washington, DC 20005 and my telephone number is 202-915-1500;

3. I was admitted to the State of Maryland Bar in 2020 and am currently a member in good standing;

4. I applied for admission to the District of Columbia Bar on December 6, 2020, and my application is currently pending;

5. Once I receive a valid license number to the District of Columbia Bar, I intend to apply to the Bar of this Court;

6. I have never been discipline by any bar;

7. I have been admitted pro hac vice to this court one time in the last two years.;

8. If this Court grants my application, I shall represent all Plaintiffs, together with counsel of record.

I declare under the penalty of perjury pursuant to the laws of the District of Columbia that the foregoing is true and correct and that this declaration was executed on the 28th day of January, 2022.

_____
Carlos Alberto Andino