# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER CAMERON, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | 1:21-cv-02908 (APM) |

### [Proposed] ORDER

Upon consideration of Defendant's Motion to Dismiss the Complaint, and all the briefing and argument thereon, it is hereby ORDERED that the motion is DENIED.

Date: _____                           _____
                                                Amit P. Mehta
                                                United States District Judge