# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEXANDER CAMERON et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cv-2908 (APM)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 24, Defendant's Motion to Dismiss, ECF No. 19, is granted.  Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, ECF No. 9, is denied as moot.  Judgment is thereby entered in favor of Defendant.

This is a final, appealable order.

Dated:  August 29, 2022

Amit P. Mehta
United States District Court Judge