# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER CAMERON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | 1:21-cv-02908 (APM) |

## NOTICE OF APPEAL

All Plaintiffs in this action hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's August 29, 2022 Memorandum Opinion and Order, ECF 24 & 25, insofar as they dismiss Claims I and III of Plaintiffs' Complaint, ECF 1, and deny Plaintiffs' Motion for class Certification and Appointment of Class Counsel, ECF 9.

Dated: September 28, 2022

Respectfully Submitted,

/s/ Julia K. York
Julia K. York (D.C. Bar No. 478001)
Tara L. Reinhart (D.C. Bar No. 462106)
Joseph M. Sandman (D.C. Bar No. 1030820)
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7146
julia.york@skadden.com

Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street, N.W., Second Floor

Washington, D.C. 20005
(202) 601-4278
mperloff@acludc.org

Jacqueline Kutnik-Bauder (D.C. Bar No. 1741174)
Carlos Andino (D.C. Bar No. 1743066)
Kristin L. McGough (D.C. Bar No. 991209)
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
700 14th Street, N.W., Suite 400
Washington, D.C. 20005
(202) 319-1000
jacqueline_kutnik-bauder@washlaw.org

Jeffrey L. Light (D.C. Bar No. 485360)
Law Office of Jeffrey L. Light
1629 K Street, N.W., Suite 300
Washington, DC 20006
202-277-6213
jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiffs*