UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER CAMERON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No. 1:21-cv-02908-APM |

## JOINT STATUS REPORT

On June 19, 2025, the Court extended the stay in this matter until August 4, 2025, so that the District had additional time to respond to Plaintiffs' settlement proposal. The District has now provided an initial response to Plaintiffs, and the Parties concluded that additional discussions could be productive. For that reason, the Parties now jointly request that the Court extend the current stay of litigation through September 5, 2025, and order the Parties to file another status report on that date, further updating the Court on the status of settlement negotiations.

| | |
|---|---|
| Dated: August 4, 2025. | Respectfully submitted, |
| */s/ Michael Perloff*<br>MICHAEL PERLOFF [1601047]<br>SCOTT MICHELMAN [1006945]<br>ART SPITZER [235960]<br>American Civil Liberties Union<br>Foundation of the District of Columbia<br>529 14th Street, NW, Ste. 722<br>Washington, D.C. 20045<br>Phone: (202) 457-0800<br><br>-and-<br><br>JULIA K. YORK [478001] | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Equity Section, Civil Litigation Division<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878] |

TARA L. REINHART [462106]  
JOSEPH M. SANDMAN [1030820]  
1440 New York Avenue, NW  
Washington, D.C. 20005  
Phone: (202) 371-7146  
Email: julia.york@probonolaw.com  

-and-

JEFFREY L. LIGHT [485360]  
Law Office of Jeffrey L. Light  
1629 K Street, NW, Ste. 300  
Washington, D.C. 20006  
Phone: (202) 277-6213  
Email: jeffrey@lawofficeofjeffreylight.com  

-and-

RYAN C. DOWNER [1013470]  
Washington Lawyers' Committee for Civil Rights & Urban Affairs  
700 14th Street, NW, Ste. 400  
Washington, D.C. 20005  
Phone:  
Email:  

*Counsel for Plaintiffs*

Assistant Chief, Equity Section

*/s/ Helen M. Rave*
RICHARD P. SOBIECKI [500163]  
HELEN M. RAVE [90003876]  
Assistant Attorneys General  
400 6th Street, NW  
Washington, D.C. 20001  
Phone: (202) 805-7512  
Email: richard.sobiecki@dc.gov  

*Counsel for Defendant*